**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1532**

HESMAN TALL,

> Plaintiff - Appellant,

> v.

THE PARTNERSHIP DEVELOPMENT GROUP INC., (PDG); PDG
REHABILITATIVE SERVICES; RISE PROGRAM; MARYLAND STATE
DEPARTMENT OF EDUCATION; MARYLAND DIVISION OF REHABILITATIVE
SERVICES,

> Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:15-cv-03352-RDB)

Submitted: October 18, 2016          Decided: October 20, 2016

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hesman Tall, Appellant Pro Se.  Matthew David Gimovsky, WALKER,
MURPHY & NELSON, LLP, Rockville, Maryland; Elliott L. Schoen,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hesman Tall appeals the district court's order dismissing his civil action alleging claims under the Americans with Disabilities Act and Maryland law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tall v. The P'ship Dev. Grp. Inc., No. 1:15-cv-03352-RDB (D. Md. Apr. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED